IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Jackie Laesch, John Lewis, Domenica Palmer, Weldon Bruce Palmer II, Brandy Nicole Story on behalf of themselves and those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>City of Crossville, Tennessee, Koby Wilson, Zach Young, Jessie Brooks, John Doe 1-10 who are officers with the City of Crossville, Tennessee police department, Danny Thurman, Casey Worsham, Chris South, Thomas Smith, Terry L. Potter, and Jeremy Mangas,<br><br>        Defendants. | Case No. 2:23-CV-00037<br>(Class Action) |

## STIPULATION OF DISMISSAL

Plaintiffs and defendants, by and through counsel, hereby give notice and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to Stipulate to the dismissal of this action in its entirety **with prejudice**.

This the 19th day of June, 2024.

1

Respectfully submitted,

MOORE, RADER AND YORK, P. C.

By <u>s/RANDALL A. YORK, BPR No. 010166</u>
RANDALL A. YORK

By <u>s/DANIEL H. RADER IV, BPR No. 025998</u>
DANIEL H. RADER IV
Attorneys for Defendants
P. O. Box 3347
Cookeville, TN 38502
randyyork@moorerader.com
danny@moorerader.com
(931-526-3311)


LAW OFFICE OF JOHN B. NISBET, III

By <u> s/ JOHN B. NISBET,III, BPR No. 13364</u>
JOHN B. NISBET, III
P.O. BOX 531
LIVINGSTON, TN. 38501
Phone (931) 267-6203
E-Mail: nisbetcle@gmail.com