UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JACKIE LAESCH,<br>JOHN LEWIS,<br>DOMENICA PALMER,<br>WELDON BRUCE PALMER, II,<br>WANDA RUPE, and<br>BRANDY NICOLE STORY,<br><br>    Plaintiffs,<br><br>v.<br><br>JESSIE BROOKS,<br>CITY OF CROSSVILLE, TENNESSEE,<br>JEREMY MANGAS,<br>TERRY L. POTTER,<br>THOMAS SMITH,<br>CHRIS SOUTH,<br>DANNY THURMAN,<br>KOBY WILSON,<br>CASEY WORSHAM and<br>ZACH YOUNG,<br><br>    Defendants. | No. 2:23-cv-00037 |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 29). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE